# Exhibit 2

Charted Claim:

Method Claim: 1

| US8488624B2 | SAP Business Technology Platform ("Accused product") |
|---|---|
| 1. A method for implementing a network interface in a computer network performed by a special-purpose computer programmed by a frame engine comprising: receiving one or more data packets encoded in a first communication protocol; | The accused product, practices a method for implementing a network interface in a computer network performed by a special-purpose computer (e.g., processor of the accused product) programmed by a frame engine (e.g., software for translating Zigbee data packet to HTTP compliant data) comprising: receiving one or more data packets (e.g., Zigbee packets) encoded in a first communication protocol (e.g., Zigbee protocol).<br><br>As shown below, the accused product is a cloud-based platform that interfaces with IoT devices. It features an IoT edge gateway capable of protocol translation. It receives data from IoT devices, such as sensors, via Zigbee protocol. |



https://www.sap.com/products/technology-platform.html



Home >

# SAP Cloud Platform English ▼

This page is being retired. Please use the SAP Business Technology Platform (SAP BTP) page.

This product ▼ | Search in all documents related to this product | 🔍
⌄ Advanced Search

☆ Favorite  ⌗ Share

**Brand Sunset**

The SAP Cloud Platform brand is retired. The cloud platform is part of SAP BTP.

SAP Business Technology Platform (SAP BTP)

Copyright    Disclaimer    Privacy Statement    Legal Disclosure    Trademark    Terms of Use    Cookie Preferences          System Status    Ask a question about the SAP Help Portal

Accessibility and Sustainability

Find us on

Share

https://help.sap.com/docs/CP

## Why was "SAP Cloud Platform" rebranded to "SAP Business Technology Platform"?

Imagine you have a store selling different kinds of candies. Over time, you notice that customers prefer more than just candies; they also want different types of treats like chocolates and cookies. So, to better serve your customers and reflect the variety of products you offer, you decide to rebrand your store with a new name that includes "Treats" in it. This way, people will understand that your store has expanded beyond just candies.

Similarly, SAP Cloud Platform was originally focused on providing cloud-based services for businesses. However, as time went on, SAP realized that their platform was offering more than just cloud services. It also included technologies for application development, integration, analytics, and more. To better represent the broader range of offerings and show that it's not just about the cloud, SAP decided to rebrand their platform as SAP Business Technology Platform (SAP BTP). This new name helps customers understand that the platform is not limited to the cloud but also includes various technologies to help businesses with their overall technology needs.

To summarize, SAP rebranded SAP Cloud Platform to SAP BTP to better reflect that it's not just about cloud services anymore. It's a comprehensive platform that provides various tools and services for businesses to build, integrate, and run all kinds of digital solutions, like mobile apps, data analytics, artificial intelligence, and more.

https://community.sap.com/t5/technology-blogs-by-sap/explaining-sap-business-technology-platform-sap-btp-to-a-beginner-2025/ba-p/13557182



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
18_11_15_sap_leonardo_iot.pdf



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/18_11_15_sap_leonardo_iot.pdf



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
18_11_15_sap_leonardo_iot.pdf



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
18_11_15_sap_leonardo_iot.pdf



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
180426_sap_leonardo_for_edge_computing.pdf

Leveraging **SAP Cloud Platform IoT** offers the following benefits:

✓ Runtime for updating services dynamically

✓ Secure transport of data and runtime sandbox

✓ Ingestion and protocol conversion of data from things

✓ Extended authentication feature with SAP Cloud Platform IoT 4.12

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/180426_sap_leonardo_for_edge_computing.pdf

## SAP Cloud Platform Internet of Things
### Protocols via IoT Gateway Adapters

Check for updates

**Protocols**

| | | |
|---|---|---|
| HTTP[1] | DDS | |
| Zigbee | BACNET | |
| XBee | LON | |
| ZWave | KNX | |
| 6lowPAN | **Modbus** | |
| BT & BTLE | Profibus | |
| WiFi & LPWiFi | Infibus | |
| IEEE 802.15.4 | DLMS/COSEM | |
| MQTT[1] | KSAT (Viasat) | |
| CoAP | PLC(*) | |
| TR069 | **OPC UA** | |
| SNMP | OMA LWM2M(*) | |
| HART & W-HART | Active Message | |
| SIGFOX | SWAP(*) | |
| Semtech LoRa | XMPP | |
| NWAVE UnB | LoRa | |
| | **File** | |

**Vendors**

| | | | |
|---|---|---|---|
| Agora Energy | Distech Controls | NaelBox | SimpleHomeNet |
| Agulla | E-Senza | Netcomm Wireless | SITEC |
| AnyDATA | Ekahau | NETVOX | SmarteoWater |
| Arduino | Elster | NWAVE | SMARTEX |
| Asoka | EPISENSOR | Orbiwise | ST Micro |
| ATIM | Eurotech | Packet Power | Sterela |
| Axible | Honeywell | PARADOX | Telecom Design |
| AXIS | Intenses | PIKKERTON | TELIT |
| B&B Electronics | ITRON | Pulsar | TekPea |
| CalAmp | Kamstrup | Radiocrafts | TRIDIUM |
| Cisco | LIBELIUM | RaspberryPI | VIASAT |
| CloudGate | Marvell | Schneider Electric | WAGO |
| CPL | MeterSit | Semtech LoRa | Wi-NEXT |
| Cradlepoint | MICRON | Sensinode | Worldsensing |
| Dell | Mobile Devices | SIERRA WIRELESS | XIRGO |
| DiGi | Morey Corp. | SIGFOX | |
| Digicom | | | |

Create new adapters with IoT Service SDK

Leverage templates based on required connectivity:
UDP, JMS, USB, Custom, CoAP, File, Socket

1 – also device ⇔ cloud     *: Limited implantation (**bold = GA,** orange = expected soon)
© 2018 SAP SE or an SAP affiliate company. All rights reserved!

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/18_11_15_sap_leonardo_iot.pdf

## SAP Dynamic Edge Processing
Cloud-driven Enterprise IoT at the Edge

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/18_11_15_sap_leonardo_iot.pdf

- Device to IoT Gateway Cloud Protocol support –HTTP (REST), MQTT

- Device to IoT Gateway Edge Protocol support –HTTP (REST), MQTT, CoAP, SNMP, ModBus, Zigbee, XMPP

- Provisioning of a software development kit (SDK) for development of custom protocol adapters or agents and custom filters (interceptors) on IoT Gateway Edge

https://community.sap.com/t5/technology-blogs-by-sap/sap-cloud-platform-iot-service-integration-into-the-sap-leonardo-iot/ba-p/13326158



https://help.sap.com/docs/SAP_Leonardo_IoT/104567de4c2547a4ac32ba9b362e60ec/0e9c04fab1cf41d89ff5052bb13c77d6.html

As shown below, Zigbee protocol utilizes IEEE 802.15.4 protocol at physical and data link layer. Hence, data transmitted by the accused product is encoded according to the IEEE 802.15.4 protocol.

IEEE and ZigBee Alliance have been working closely to specify the entire protocol stack. IEEE 802.15.4 focuses on the specification of the lower two layers of the protocol(physical and data link layer). On the other hand, ZigBee Alliance aims to provide the upper layers of the protocol stack (from network to the application layer) for interoperable data networking, security services and a range of wireless home and building control solutions, provide interoperability compliance testing, marketing of the standard, advanced engineering for the evolution of the standard. This will assure consumers to buy products from different manufacturers with confidence that the products will work together.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf



Figure 4.12: Schematic view of the data frame.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf



Figure 3.3: Format of the PPDU.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf

| | |
|---|---|
| | **6.5.2.2 Bit-to-symbol mapping**<br><br>All binary data contained in the PPDU shall be encoded using the modulation and spreading functions shown in Figure 18. This subclause describes how binary information is mapped into data symbols.<br><br>The 4 LSBs $(b_0, b_1, b_2, b_3)$ of each octet shall map into one data symbol, and the 4 MSBs $(b_4, b_5, b_6, b_7)$ of each octet shall map into the next data symbol. Each octet of the PPDU is processed through the modulation and spreading functions (see Figure 18) sequentially, beginning with the preamble field and ending with the last octet of the PSDU. Within each octet, the least significant symbol $(b_0, b_1, b_2, b_3)$ is processed first and the most significant symbol $(b_4, b_5, b_6, b_7)$ is processed second.<br><br>Source: IEEE 802.15.4-2003<br><br><br><br>**Figure 18—Modulation and spreading functions**<br><br>Source: IEEE 802.15.4-2003 |
| decoding the data packets into a set of data objects wherein the data packets are decoded in accordance with a | The accused product practices decoding the data packets (e.g., Zigbee packets) into a set of data objects (e.g., objects for storing values of Zigbee packets) wherein the data packets (e.g., Zigbee packets) are decoded in accordance with a machine-readable set of protocol frame definitions (e.g., definitions for decoding Zigbee packets and encoding data objects to HTTP packet) containing one or more sub-fields (e.g., PPDU header, PPDU payload, etc.,) for parsing of the data packets. |

| machine-readable set of protocol frame definitions containing one or more sub-fields for parsing of the data packets; and | As illustrated below, data compliant with the Zigbee protocol is encrypted and encoded. This data is subsequently translated into data compliant with other non- Zigbee protocols, such as HTTP. The translation process requires decoding the Zigbee protocol-compliant data and temporarily storing it in a data object before converting it into the corresponding non-Zigbee protocol format. Therefore, to successfully decode Zigbee -compliant data, the accused product must accurately interpret the structure of the Zigbee protocol data, including the data contained in PPDU. The accused product accurately interprets the structure using the definitions present for successfully decoding data complaint with Zigbee protocol. <br><br> • Device to IoT Gateway Cloud Protocol support –HTTP (REST), MQTT <br><br> • Device to IoT Gateway Edge Protocol support –HTTP (REST), MQTT, CoAP, SNMP, ModBus, Zigbee, XMPP <br><br> • Provisioning of a software development kit (SDK) for development of custom protocol adapters or agents and custom filters (interceptors) on IoT Gateway Edge <br><br> https://community.sap.com/t5/technology-blogs-by-sap/sap-cloud-platform-iot-service-integration-into-the-sap-leonardo-iot/ba-p/13326158 |



Figure 4.12: Schematic view of the data frame.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf



Figure 3.3: Format of the PPDU.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf

IEEE and ZigBee Alliance have been working closely to specify the entire protocol stack. IEEE 802.15.4 focuses on the specification of the lower two layers of the protocol(physical and data link layer). On the other hand, ZigBee Alliance aims to provide the upper layers of the protocol stack (from network to the application layer) for interoperable data networking, security services and a range of wireless home and building control solutions, provide interoperability compliance testing, marketing of the standard, advanced engineering for the evolution of the standard. This will assure consumers to buy products from different manufacturers with confidence that the products will work together.

http://users.eecs.northwestern.edu/~peters/references/ZigtbeeIEEE802.pdf

### 6.5.2.2 Bit-to-symbol mapping

All binary data contained in the PPDU shall be encoded using the modulation and spreading functions shown in Figure 18. This subclause describes how binary information is mapped into data symbols.

The 4 LSBs ($b_0$, $b_1$, $b_2$, $b_3$) of each octet shall map into one data symbol, and the 4 MSBs ($b_4$, $b_5$, $b_6$, $b_7$) of each octet shall map into the next data symbol. Each octet of the PPDU is processed through the modulation and spreading functions (see Figure 18) sequentially, beginning with the preamble field and ending with the last octet of the PSDU. Within each octet, the least significant symbol ($b_0$, $b_1$, $b_2$, $b_3$) is processed first and the most significant symbol ($b_4$, $b_5$, $b_6$, $b_7$) is processed second.

Source: IEEE 802.15.4-2003



**Figure 18—Modulation and spreading functions**

Source: IEEE 802.15.4-2003

Leveraging **SAP Cloud Platform IoT** offers the
following benefits:

✓ Runtime for updating services dynamically

✓ Secure transport of data and runtime
sandbox

✓ Ingestion and protocol conversion of data
from things

✓ Extended authentication feature with SAP
Cloud Platform IoT 4.12

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
180426_sap_leonardo_for_edge_computing.pdf

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/18_11_15_sap_leonardo_iot.pdf



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/18_11_15_sap_leonardo_iot.pdf

| encoding the data objects into a second communication protocol wherein the data objects are encoded in accordance with the machine- | The accused product practices encoding the data objects into a second communication protocol (e.g., non-Zigbee protocol such as HTTP protocol) wherein the data objects (e.g., objects for storing values of data compliant with Zigbee protocol) are encoded in accordance with the machine-readable set of protocol frame definitions (e.g., definitions for successfully decoding data complaint with Zigbee protocol and encoding data objects to data compliant with HTTP protocol). |
|---|---|
| | As shown below, the Zigbee device transmits a message using Zigbee protocol. The data is, then, received from the device to the accused product to translate to HTTP protocol and |

| readable set of protocol frame definitions. | transmit it to the cloud. Hence, before transmitting the data to the cloud, it is first encoded according to the HTTP protocol specification. <br><br> • Device to IoT Gateway Cloud Protocol support –HTTP (REST), MQTT <br><br> • Device to IoT Gateway Edge Protocol support –HTTP (REST), MQTT, CoAP, SNMP, ModBus, Zigbee, XMPP <br><br> • Provisioning of a software development kit (SDK) for development of custom protocol adapters or agents and custom filters (interceptors) on IoT Gateway Edge <br><br> https://community.sap.com/t5/technology-blogs-by-sap/sap-cloud-platform-iot-service-integration-into-the-sap-leonardo-iot/ba-p/13326158 |
| --- | --- |



https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
18_11_15_sap_leonardo_iot.pdf

## SAP Cloud Platform Internet of Things
### Protocols via IoT Gateway Adapters

Check for updates

**Protocols**

| | |
|---|---|
| HTTP[1] | DDS |
| Zigbee | BACNET |
| XBee | LON |
| ZWave | KNX |
| 6lowPAN | **Modbus** |
| BT & BTLE | Profibus |
| WiFi & LPWiFi | Infibus |
| IEEE 802.15.4 | DLMS/COSEM |
| **MQTT[1]** | KSAT (Viasat) |
| **CoAP** | PLC(*) |
| TR069 | **OPC UA** |
| **SNMP** | OMA LWM2M(*) |
| HART & W-HART | Active Message |
| **SIGFOX** | SWAP(*) |
| Semtech LoRa | XMPP |
| NWAVE UnB | LoRa |
| | **File** |

**Vendors**

| | | | |
|---|---|---|---|
| Agora Energy | Distech Controls | NaelBox | SimpleHomeNet |
| Agulla | E-Senza | Netcomm Wireless | SITEC |
| AnyDATA | Ekahau | NETVOX | SmarteoWater |
| Arduino | Elster | NWAVE | SMARTEX |
| Asoka | EPISENSOR | Orbiwise | ST Micro |
| ATIM | Eurotech | Packet Power | Sterela |
| Axible | Honeywell | PARADOX | Telecom Design |
| AXIS | Intenses | PIKKERTON | TELIT |
| B&B Electronics | ITRON | Pulsar | TekPea |
| CalAmp | Kamstrup | Radiocrafts | TRIDIUM |
| Cisco | LIBELIUM | RaspberryPI | VIASAT |
| CloudGate | Marvell | Schneider Electric | WAGO |
| CPL | MeterSit | Semtech LoRa | Wi-NEXT |
| Cradlepoint | MICRON | Sensinode | Worldsensing |
| Dell | Mobile Devices | SIERRA WIRELESS | XIRGO |
| DiGi | Morey Corp. | SIGFOX | |
| Digicom | | | |

Create new adapters with IoT Service SDK

Leverage templates based on required connectivity:
UDP, JMS, USB, Custom, CoAP, File, Socket

1 – also device ⇔ cloud      *: Limited implantation (**bold = GA,** orange = expected soon)
© 2018 SAP SE or an SAP affiliate company. All rights reserved!

https://assets.dm.ux.sap.com/desapusergroupsknowledgetransfer/2018/pdfs/
18_11_15_sap_leonardo_iot.pdf

An HTTP message (request or response) consists of:

1.  the header section, including message control data, sent as a single HEADERS frame,

2.  optionally, the content, if present, sent as a series of DATA frames, and

3.  optionally, the trailer section, if present, sent as a single HEADERS frame.

https://datatracker.ietf.org/doc/html/rfc9114#name-http-message-framing

### 7.2.2. HEADERS

The HEADERS frame (type=0x01) is used to carry an HTTP field section that is encoded using QPACK. See [QPACK] for more details.

```
HEADERS Frame {
  Type (i) = 0x01,
  Length (i),
  Encoded Field Section (..),
}
```

Figure 5: HEADERS Frame

https://datatracker.ietf.org/doc/html/rfc9114#frame-data

**7.2.1.  DATA**

DATA frames (type=0x00) convey arbitrary, variable-length sequences of bytes associated with HTTP request or response content.

DATA frames **MUST** be associated with an HTTP request or response. If a DATA frame is received on a control stream, the recipient **MUST** respond with a connection error of type H3_FRAME_UNEXPECTED.

```
DATA Frame {
  Type (i) = 0x00,
  Length (i),
  Data (..),
}
```

Figure 4: DATA Frame

https://datatracker.ietf.org/doc/html/rfc9114#frame-data